Index of Exhibits

| Exhibit | Title |
|---|---|
| A | 640 Chicago Blvd, Detroit, MI |
| B | 14548 Archdale St, Detroit, MI |
| C | 19701 Cheyenne St, Detroit, MI |