AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-12011-JJCG-DRG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sonny Mandouh**
was recieved by me on  **8/26/2025:**

- [X] I personally served the summons on the individual at **23248 BONAIR ST, DEARBORN HEIGHTS, MI 48127** on **08/27/2025 at 8:07 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  08/27/2025

*Server's signature*

**LaToya Anderson**
*Printed name and title*

**16151 James Couzens Fwy**
**Detroit, MI 48221**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to Sonny Mandouh with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**





Tracking #: **0184047690**