UNITED STATES DISTRICT COUT
EASTER DISTRICT OF MICHIGAN
SOUTHER DIVISION

MAKIKO NAKAGAWA,
An Individual

                                                  CASE NO: 2:25-cv-12011
            Plaintiff,            Hon. Jonathan J.C. Grey

v.

MICHIKO NAKAYAMA, MOUSA
AHMAD, SONNY MANDOUGH, SUMMIT
FINANCIAL LLC, WARREN FUNDING LLC and
AZA MANAGEMENT LLC.

                Defendants
_____/

| | |
|---|---|
| **SOBLE LAW** | **KADAF LAW** |
| George T. Balckmore (P76942) | JEAHAD KADAF (P82492) |
| Attorney for Plaintiff | Attorney for Defendants Ahmad and AZA |
| 31800 N.W. Hwy, Ste 350 | 22174 Michigan Ave |
| Farmington Hills MI 48334 | Dearborn MI 48124 |
| 888-789-1715 | (313) 290-0000 |
| stblaw@hotmail.com | jkadaf@kadaflaw.com |

_____/

**ANSWER TO PLAINTIFFS COMPLAINT**

      Now comes Defendants, **MOUSA AHMAD and AZA MANAGEMENT LLC**, by and through their attorney, JEAHAD KADAF, and for answers to Plaintiffs verified complaint, Defendants state as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. No answer required from Defendants.

2. No answer required from Defendants.

3. No answer required from Defendants.

4. Admit.

5. Admit.

6. No answer required from Defendants.

7. No answer required from Defendants.

8. No answer required from Defendants.

9. No answer required from Defendants.

## GENERAL FACTUAL ALLEGATIONS

10. No answer required from Defendants and/or allegation is not directed at the Defendants.

11. No answer required from Defendants and/or allegation is not directed at the Defendants.

12. No answer required from Defendants and/or allegation is not directed at the Defendants.

13. No answer required from Defendants and/or allegation is not directed at the Defendants.

14. No answer required from Defendants and/or allegation is not directed at the Defendants.

15. No answer required from Defendants and/or allegation is not directed at the Defendants.

16. No answer required from Defendants and/or allegation is not directed at the Defendants.

17. No answer required from Defendants and/or allegation is not directed at the Defendants.

18. No answer required from Defendants and/or allegation is not directed at the Defendants.

19. No answer required from Defendants and/or allegation is not directed at the Defendants.

20. No answer required from Defendants and/or allegation is not directed at the Defendants.

21. No answer required from Defendants and/or allegation is not directed at the Defendants.

22. No answer required from Defendants and/or allegation is not directed at the Defendants.

23. No answer required from Defendants and/or allegation is not directed at the Defendants.

24. No answer required from Defendants and/or allegation is not directed at the Defendants.

25. Denied allegation.

26. Denied allegation.

27. Denied allegation.

28. Denied allegation.

29. Denied allegation.

30. Denied allegation.

31. Denied allegation as to these Defendants.

32. No answer required from Defendants and/or allegation is not directed at the Defendants.

33. Denied allegation.

34. No answer required.

### COUNT-1-BREACH OF FIDUCIARY DUTY (Defendant Nakayama)

35. No answer required from Defendants and/or allegation is not directed at the Defendants.

36. No answer required from Defendants and/or allegation is not directed at the Defendants.

37. No answer required from Defendants and/or allegation is not directed at the Defendants.

38. No answer required from Defendants and/or allegation is not directed at the Defendants.

39. No answer required from Defendants and/or allegation is not directed at the Defendants.

40. No answer required from Defendants and/or allegation is not directed at the Defendants.

### COUNT-II-FRAUD (Defendant Nakayama)

41. No answer required from Defendants and/or allegation is not directed at the Defendants.

42. No answer required from Defendants and/or allegation is not directed at the Defendants.

43. No answer required from Defendants and/or allegation is not directed at the Defendants.

44. No answer required from Defendants and/or allegation is not directed at the Defendants.

45. No answer required from Defendants and/or allegation is not directed at the Defendants.

46. No answer required from Defendants and/or allegation is not directed at the Defendants.

47. No answer required from Defendants and/or allegation is not directed at the Defendants.

### COUNT-III- SILENT FRAUD (Defendant Nakayama)

48. No answer required from Defendants and/or allegation is not directed at the Defendants.

49. No answer required from Defendants and/or allegation is not directed at the Defendants.

50. No answer required from Defendants and/or allegation is not directed at the Defendants.

51. No answer required from Defendants and/or allegation is not directed at the Defendants.

52. No answer required from Defendants and/or allegation is not directed at the Defendants.

53. No answer required from Defendants and/or allegation is not directed at the Defendants.

54. No answer required from Defendants and/or allegation is not directed at the Defendants.

### COUNT-IV- CIVIL CONSPIRACY (All Defendants)

55. No answer required.

56. Denied

57. Denied.

58. Denied.

59. Denied.

60. Denied.

### COUNT-V- BREACH OF CONTRACT (Defendants Mandouh and Summit Financial LLC)

61. No answer required from Defendants and/or allegation is not directed at the Defendants.

62. No answer required from Defendants and/or allegation is not directed at the Defendants.

63. No answer required from Defendants and/or allegation is not directed at the Defendants.

64. No answer required from Defendants and/or allegation is not directed at the Defendants.

65. No answer required from Defendants and/or allegation is not directed at the Defendants.

66. No answer required from Defendants and/or allegation is not directed at the Defendants.

## COUNT-VI- FORECLOSURE OF MORTGAGE (Defendants Mandouh and Summit Financial LLC)

67. No answer required from Defendants and/or allegation is not directed at the Defendants.

68. No answer required from Defendants and/or allegation is not directed at the Defendants.

69. No answer required from Defendants and/or allegation is not directed at the Defendants.

70. No answer required from Defendants and/or allegation is not directed at the Defendants.

71. No answer required from Defendants and/or allegation is not directed at the Defendants.

72. No answer required from Defendants and/or allegation is not directed at the Defendants.

73. No answer required from Defendants and/or allegation is not directed at the Defendants.

74. No answer required from Defendants and/or allegation is not directed at the Defendants.

75. No answer required from Defendants and/or allegation is not directed at the Defendants.

76. No answer required from Defendants and/or allegation is not directed at the Defendants.

## AFFIRMATIVE DEFENSES

Now comes Defendants, **MOUSA AHMAD and AZA MANAGEMENT LLC**, by and through their attorney, JEAHAD KADAF, and for its Affirmative Defenses, states as follows:

1. That any and all of the Plaintiff's alleged damages are not proximately caused by the Defendants.

2. Plaintiff failed to plead damages which are recoverable as a matter of law against Defendants.

3. Plaintiff claims are unsubstantiated by evidence.

4. Plaintiff claims are barred by their own knowledge of contracts.

5. Plaintiff reserves the right to amend and/or supplement its Affirmative Defenses.

Submitted:

ss// Jeahad Kadaf //ss
KADAF LAW
Attorney for Defendants Ahmad and AZA.
25201 Michigan Ave
Dearborn MI 48124
(313) 290-0000
jkadaf@kadaflaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the following instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses on the pleadings on September 22, 2025 by:

___X___ US MAIL   _____ FAX   _____ EMAIL   _____ CERTIFIED MAIL   __X____ E-FILE

_____/S/ Jeahad Kadaf_____