UNITED STATES OF AMERICA

IN THE EASTERN DISTRICT OF MICHIGAN

MAKIKO NAKAGAWA

      PLAINTIFF                         CASE NO 25-12011

V.                                        HON. JONATHAN J.C. GREY

MICHIKO NAKAYAMA, ET. AL.

      DEFENDANTS

---

**APPEARANCE OF ATTORNEY**

To Clerk of the Court

      PLEASE ENTER MY APPEARANCE as attorney for Defendants Sonny Mandouh and Summit Financial, LLC ONLY.

                                      Respectfully submitted,

/s/Amir Makled
Amir Makled P76306
Hall Makled PC
Attorney for Defendants Sonny Mandouh
And Summit Financial LLC
23950 Princeton St
Dearborn, MI 48124
313-788-8888
Amakled@hallmakled.com