UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAKIKO NAKAGAWA,

    Plaintiff,

vs.

MICHIKO NAKAYAMA,
MOUSA AHMAD,
SONNY MANDOUH,
SUMMIT FINANCIAL LLC,
WARREN FUNDING LLC and
AZA MANAGEMENT LLC,

    Defendants.

Case No. 2:25-cv-12011-JJCG-DRG

Hon. Jonathan J.C. Grey

Hon. David R. Grand

**INDEX OF EXHIBITS TO
DEFENDANT WARREN FUNDING, LLC'S
MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(1)**

Exhibit 1  -  October 7, 2025 Declaration of Michiko Nakayama

Exhibit 2  -  Email exchanges between Attorney Quick and Attorney Blackmore