# EXHIBIT 1

## DECLARATION OF MICHIKO NAKAYAMA

1. My name is Michiko Nakayama.

2. I am over the age of 18 years old, and this declaration is made voluntarily and not under duress. If called upon to testify, I would competently testify as to the matters stated herein.

3. Contrary to paragraph 2 of Plaintiff Makiko Nakagawa's Complaint, I am not a resident of Nevada.

4. I am not a citizen of the United States, nor have I ever been a citizen of the United States.

5. I am a citizen of Japan and have been a citizen of Japan my entire life. I reside, as I have for all times at issue in Plaintiff's Complaint, in Thailand.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7th__ October, 2025 at __Bangkok_, Thailand.

_____