# EXHIBIT 2

**From:** "Daniel D. Quick" <DQuick@dickinson-wright.com>
**Date:** October 6, 2025 at 9:24:04 AM EDT
**To:** George Blackmore <gblackmore@provenresource.com>
**Subject: RE: Makiko Nakagawa**

George:

If this case is not dismissed by noon tomorrow, we will pursue sanctions against Plaintiff for frivolously filing a federal action and then frivolously refusing to dismiss once you were advised of the lack of jurisdiction.

---

**From:** Daniel D. Quick
**Sent:** Friday, October 3, 2025 12:30 PM
**To:** 'George Blackmore' <gblackmore@provenresource.com>
**Subject:** RE: Makiko Nakagawa

George?

---

**From:** Daniel D. Quick
**Sent:** Monday, September 29, 2025 12:32 PM
**To:** 'George Blackmore' <gblackmore@provenresource.com>
**Subject:** RE: Makiko Nakagawa

1

George:

Given our apparent inability to connect, I wanted to write on two points.

First, your lawsuit needs to be dismissed because there is no diversity jurisdiction. Both plaintiff and Ms. Nakayama are citizens of foreign countries; the Complaint erroneously claims Ms. Nakayama is an American citizen, which I believe your client knows is untrue. In any event, the lawsuit is improper and has to be filed in an appropriate state court.

Thank you.

---

**From:** George Blackmore <gblackmore@provenresource.com>
**Sent:** Friday, September 26, 2025 5:40 PM
**To:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** Re: Makiko Nakagawa



I have time before 11am on Monday. I won't be in the office however, so call my cell at 248-379-5326.



**George Blackmore**

Associate Attorney,  Soble PLC

**A** 31800 N.W. Hwy. #350, Farmington Hills, MI 48334
**P** 888.789.1715  **E** gblackmore@provenresource.com
**W** www.ProvenResource.com

  

Type "Proven" to 36260 to claim your free legal app!

2

 Schedule A Meeting

**Your's Free:** Claim this month's newsletter "Anecdotes"



Confidential Attorney Client Communication/Attorney Work Product. This e-mail may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by an electronic message to the sender and delete the copy you received. Thank you. Electronic Signature Disclaimer. The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated in this message.

On Fri, Sep 26, 2025 at 9:41 AM Daniel D. Quick <DQuick@dickinson-wright.com> wrote:

I never heard back from you on these emails, but you called yesterday nonetheless when I was unavailable. Do you have time Monday?

**Daniel D. Quick**
Member
O:248-433-7242
DQuick@dickinsonwright.com

2600 West Big Beaver Rd, Suite 300, Troy, MI 48084

**From:** Daniel D. Quick
**Sent:** Thursday, September 25, 2025 2:43 PM
**To:** 'George Blackmore' <gblackmore@provenresource.com>
**Subject:** RE: Makiko Nakagawa

Today is now jammed. Tomorrow at 230 or 4?

**From:** Daniel D. Quick
**Sent:** Thursday, September 25, 2025 8:58 AM
**To:** George Blackmore <gblackmore@provenresource.com>
**Subject:** RE: Makiko Nakagawa

Sorry to hear that; understood.

I might be free around 4.  Tomorrow I could talk at 3 or later.

**From:** George Blackmore <gblackmore@provenresource.com>
**Sent:** Wednesday, September 24, 2025 5:43 PM
**To:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** Re: Makiko Nakagawa

Apologies. I had a family issue that came up this afternoon. Will try you tomorrow at the same time. If you're not available, let me know a good time.

### George Blackmore
Associate Attorney,  Soble PLC

**A** 31800 N.W. Hwy. #350, Farmington Hills, MI 48334
**P** 888.789.1715 **E** gblackmore@provenresource.com
**W** www.ProvenResource.com

Type "Proven" to 36260 to claim your free legal app!

<u>Schedule A Meeting</u>

**Your's Free:**  Claim this month's newsletter "Anecdotes"

Confidential Attorney Client Communication/Attorney Work Product. This e-mail may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by an electronic message to the sender and delete the copy you received. Thank you. Electronic Signature Disclaimer. The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated in this message.

On Tue, Sep 23, 2025 at 5:06 PM Daniel D. Quick <DQuick@dickinson-wright.com> wrote:

That works.  Would you please call my office number?

**Daniel D. Quick**
Member
O:248-433-7242
DQuick@dickinsonwright.com

2600 West Big Beaver Rd, Suite 300, Troy, MI 48084

**From:** George Blackmore <gblackmore@provenresource.com>
**Sent:** Tuesday, September 23, 2025 2:53 PM
**To:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** Re: Makiko Nakagawa

Hi Dan,

I'm pretty open the rest of the week. How's tomorrow around 3pm work for you?

**George Blackmore**
Associate Attorney,  Soble PLC

**A** 31800 N.W. Hwy. #350, Farmington Hills, MI 48334
**P** 888.789.1715 **E** gblackmore@provenresource.com
**W** www.ProvenResource.com

Type "Proven" to 36260 to claim your free legal app!

Schedule A Meeting

**Your's Free:**  Claim this month's newsletter "Anecdotes"

Confidential Attorney Client Communication/Attorney Work Product. This e-mail may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review,

5

copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by an electronic message to the sender and delete the copy you received. Thank you. Electronic Signature Disclaimer. The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated in this message.

On Sat, Sep 20, 2025 at 2:44 PM Daniel D. Quick <DQuick@dickinson-wright.com> wrote:

> Let me know when you can talk this week.
>
> **Daniel D. Quick**
> Member
> O:248-433-7242
> DQuick@dickinsonwright.com
>
> 2600 West Big Beaver Rd, Suite 300, Troy, MI 48084

**From:** George Blackmore <gblackmore@provenresource.com>
**Sent:** Friday, May 16, 2025 6:39 PM
**To:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** Re: Makiko Nakagawa

Good Evening,

Apologies for the delayed response. How's Monday morning around 11am look for a quick chat?

Enjoy your weekend,

**George Blackmore**
Associate Attorney,  Soble PLC

**A** 31800 N.W. Hwy. #350, Farmington Hills, MI 48334
**P** 888.789.1715  **E** gblackmore@provenresource.com
**W** www.ProvenResource.com

Type "Proven" to 36260 to claim your free legal app!

Schedule A Meeting

**Your's Free:** Claim this month's newsletter "Anecdotes"

---

Confidential Attorney Client Communication/Attorney Work Product. This e-mail may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by an electronic message to the sender and delete the copy you received. Thank you. Electronic Signature Disclaimer. The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated in this message.

---------- Forwarded message ---------
From: **Daniel D. Quick** <DQuick@dickinson-wright.com>
Date: Thu, May 15, 2025 at 12:09 PM
Subject: Makiko Nakagawa
To: gb@georgeblackmore.com <gb@georgeblackmore.com>

Mr. Blackmore:

I have been retained to represent Ms. Nakayama and Warren Funding with regard to your letter dated May 2. Your letter and draft complaint contain a multitude of inaccuracies (legally and factually) and misrepresent your client's own agency in all of these matters (and her risk). Notwithstanding, your letter invites a conversation and I'm willing to have one. Let me know what works for you.

**Daniel D. Quick**
Member

> O:248-433-7242
> DQuick@dickinsonwright.com
>
> 2600 West Big Beaver, Suite 300, Troy, MI 48084

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.