UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAKIKO NAKAGAWA, | Case No. 2:25-cv-12011-JJCG-DRG |
| Plaintiff, | Hon. Jonathan J.C. Grey |
| v | Magistrate Judge David R. Grand |
| MICHIKO NAKAYAMA, MOUSA AHMAD, SONNY MANDOUH, SUMMIT FINANCIAL LLC, WARREN FUNDING LLC, and AZA MANAGEMENT LLC, | |
| Defendants. | |

_____

## INDEX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT WARREN FUNDING, LLC'S MOTION TO DISMISS

_____

EXHIBIT A - Transunion Comprehensive Report

EXHIBIT B - Lara Business Search

EXHIBIT C - Clark County Assessor Information

1