FOR ATTORNEY / LAW FIRM PURPOSES ONLY

MICHIKO NAKAYAMA-Comprehensive-Report-202510161239

## Important:

## ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
Date: 10/16/2025
Reference ID: NONE

**Report Legend**
D - Deceased Person

Relatives
\> - 1st Degree of Separation
\>\> - 2nd Degree of Separation
\>\>\> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: **MICHIKO NAKAYAMA** (09/02/1998 to 09/01/2025)
Date of Birth ▆▆▆▆▆▆▆ (95%)  , Born **59 years ago**
Gender: **Female**
SSN▆▆▆▆▆▆ issued in **MASSACHUSETTS**
between **1997-1999**

Other Individuals Observed with shared SSN: **None**

**Other Names Associated with Subject**
None found

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

## Indicators

Bankruptcies: **No**
Liens: **Yes**
Judgments: **No**
Properties: **Yes**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (3 Found)

Business Name: **WARREN FUNDING LLC (07/31/2025)**

Business Name: **TLC HOMEBUYERS LLC (07/31/2025)** [ View Business Record ]
Address: **15985 CANAL RD, CLINTON TOWNSHIP, MI 48038 (MACOMB COUNTY)**

Business Name: **MTMA 3 LLC (07/31/2025)** [ View Business Record ]
Address: **15985 CANAL RD, CLINTON TOWNSHIP, MI 48038 (MACOMB COUNTY)**

## Address Summary (21 Found)

4840 N ADAMS RD # 255, ROCHESTER, MI 48306-1415 (OAKLAND COUNTY) (09/01/2012 to 10/15/2025)
13591 W CYPRESS ST, GOODYEAR, AZ 85395-2427 (MARICOPA COUNTY) (09/01/1997 to 07/29/2025)
14236 W COLUMBUS AVE, GOODYEAR, AZ 85395-8470 (MARICOPA COUNTY) (09/01/1997 to 07/14/2025)
14561 W MERRELL ST, GOODYEAR, AZ 85395-8323 (MARICOPA COUNTY) (09/01/1997 to 07/14/2025)
12571 W INDIANOLA AVE, AVONDALE, AZ 85392-6324 (MARICOPA COUNTY) (09/01/1997 to 07/01/2025)
13017 W AVALON DR, AVONDALE, AZ 85392-6761 (MARICOPA COUNTY) (09/01/1997 to 07/01/2025)
3918 N 125TH DR, AVONDALE, AZ 85392-6314 (MARICOPA COUNTY) (09/01/1997 to 07/01/2025)
806 PARK ST, SYRACUSE, NY 13208-2850 (ONONDAGA COUNTY) (11/2006 to 07/09/2015)
309 WILLIS AVE, SYRACUSE, NY 13204-1903 (ONONDAGA COUNTY) (07/11/2011 to 07/11/2011)
2516 DICKERSON ST, DETROIT, MI 48215-2642 (WAYNE COUNTY) (03/11/2009 to 07/19/2010)
8057 E CANFIELD ST, DETROIT, MI 48214-1101 (WAYNE COUNTY) (03/11/2009 to 03/11/2009)
105 HERBERT ST, SYRACUSE, NY 13208-2821 (ONONDAGA COUNTY) (11/2006 to 10/31/2007)
3157 N RAINBOW BLVD # 181, LAS VEGAS, NV 89108-4578 (CLARK COUNTY) (07/01/2003 to 09/17/2007)
3157 N RAINBOW BLVD # 131, LAS VEGAS, NV 89108-4578 (CLARK COUNTY) (04/06/2007 to 04/06/2007)
5155 W TROPICANA AVE UNIT 1087, LAS VEGAS, NV 89103-7003 (CLARK COUNTY) (05/19/2006 to 05/19/2006)
2915 PELICAN BREEZE CT, NORTH LAS VEGAS, NV 89031-0570 (CLARK COUNTY) (11/17/2003 to 11/04/2005)
32 GLENCLIFF RD, ROSLINDALE, MA 02131-4909 (SUFFOLK COUNTY) (06/1998 to 01/23/2003)
203 PARK DR APT 36, BOSTON, MA 02215-4731 (SUFFOLK COUNTY) (09/1997 to 01/23/2003)
203 PARK DR APT 36A, BOSTON, MA 02215-4731 (SUFFOLK COUNTY) (09/04/1997 to 09/04/1997)
1120 W FRANKLIN ST, MONTEREY, CA 93940-2114 (MONTEREY COUNTY) (08/01/2001 to 08/01/2001)
180 FOREST AVE, RYE, NY 10580-4122 (WESTCHESTER COUNTY) (10/07/1998 to 10/07/1998)

## Address Details (21 Found)

**4840 N ADAMS RD # 255, ROCHESTER MI 48306-1415 (OAKLAND COUNTY)** (09/01/2012 to 10/15/2025) [ Back to Summary ]



**14236 W COLUMBUS AVE, GOODYEAR AZ 85395-8470 (MARICOPA COUNTY)** (09/01/1997 to 07/14/2025) [ Back to Summary ]
Subdivision Name: **SUNRISE**

FOR ATTORNEY / LAW FIRM PURPOSES ONLY          MICHIKO NAKAYAMA-Comprehensive-Report-202510161239

Owner:
    **MICHIKO NAKAYAMA** [ View Person Record ]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**14561 W MERRELL ST, GOODYEAR AZ 85395-8323 (MARICOPA COUNTY)** (09/01/1997 to 07/14/2025) [ Back to Summary ]
  Subdivision Name: **PALM VALLEY**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Owner:
    **MICHIKO NAKAYAMA** [ View Person Record ]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**12571 W INDIANOLA AVE, AVONDALE AZ 85392-6324 (MARICOPA COUNTY)** (09/01/1997 to 07/01/2025) [ Back to Summary ]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Owner:
    **MICHIKO NAKAYAMA** [ View Person Record ]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮
  ▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮

**3918 N 125TH DR, AVONDALE AZ 85392-6314 (MARICOPA COUNTY)** (09/01/1997 to 07/01/2025) [ Back to Summary ]
  Subdivision Name: **CORTE SIERRA**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Owner:
    **MICHIKO NAKAYAMA** [ View Person Record ]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOR ATTORNEY / LAW FIRM PURPOSES ONLY					MICHIKO NAKAYAMA-Comprehensive-Report-202510161239

[redacted content]

**3157 N RAINBOW BLVD # 181, LAS VEGAS NV 89108-4578 (CLARK COUNTY)** (07/01/2003 to 09/17/2007) [ Back to Summary ]

**3157 N RAINBOW BLVD # 131, LAS VEGAS NV 89108-4578 (CLARK COUNTY)** (04/06/2007 to 04/06/2007) [ Back to Summary ]

[redacted content]

**2915 PELICAN BREEZE CT, NORTH LAS VEGAS NV 89031-0570 (CLARK COUNTY)** (11/17/2003 to 11/04/2005) [ Back to Summary ]
Subdivision Name: **NOB HILL TWNHMS**



Owner:
   **MICHIKO NAKAYAMA** [ View Person Record ]

## Cities History (12 Found)

ROCHESTER, MI (OAKLAND COUNTY)  (09/01/2012 to 10/15/2025)
GOODYEAR, AZ (MARICOPA COUNTY)  (09/01/1997 to 07/29/2025)
AVONDALE, AZ (MARICOPA COUNTY)  (09/01/1997 to 07/01/2025)
CLINTON TOWNSHIP, MI (MACOMB COUNTY)  (07/27/2017 to 10/13/2017)
SYRACUSE, NY (ONONDAGA COUNTY)  (11/2006 to 07/09/2015)
DETROIT, MI (WAYNE COUNTY)  (03/11/2009 to 07/19/2010)
LAS VEGAS, NV (CLARK COUNTY)  (07/01/2003 to 09/17/2007)
NORTH LAS VEGAS, NV (CLARK COUNTY)  (11/17/2003 to 11/04/2005)
ROSLINDALE, MA (SUFFOLK COUNTY)  (06/1998 to 01/23/2003)
BOSTON, MA (SUFFOLK COUNTY)  (09/04/1997 to 01/23/2003)
MONTEREY, CA (MONTEREY COUNTY)  (08/01/2001 to 08/01/2001)
RYE, NY (WESTCHESTER COUNTY)  (10/07/1998 to 10/07/1998)

## Counties History (9 Found)

FOR ATTORNEY / LAW FIRM PURPOSES ONLY                    MICHIKO NAKAYAMA-Comprehensive-Report-202510161239

OAKLAND, MI (09/01/2012 to 10/15/2025)
MARICOPA, AZ (09/01/1997 to 07/29/2025)
MACOMB, MI (07/27/2017 to 10/13/2017)
ONONDAGA, NY (11/2006 to 07/09/2015)
WAYNE, MI (03/11/2009 to 07/19/2010)
CLARK, NV (07/01/2003 to 09/17/2007)
SUFFOLK, MA (09/04/1997 to 01/23/2003)
MONTEREY, CA (08/01/2001 to 08/01/2001)
WESTCHESTER, NY (10/07/1998 to 10/07/1998)

## Driver's License Information (1 Found)

**MICHIKO NAKAYAMA**
**3157 N RAINBOW BLVD # 181, LAS VEGAS, NV 89108-4578 (CLARK COUNTY)**
DL▮▮▮▮▮▮▮▮▮▮▮▮▮
DL State: **MA**
Reported Date: **11/01/2006**
ID Type: **DL**
Date of Birth: ▮▮▮▮▮▮▮▮   Born **59** years ago

## Professional Affiliations (None Found)

## Professional Licenses (None Found)

## Bankruptcy Records (None Found)