# Business Search

Business | Trademark

Login

As of 10/21/2025 we have processed all business filings received in our office through 10/16/2025.

**To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.**

**The same process applies to order certificates and copies.**

You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.

Business Search Info:

Warren Funding, LLC *

Advanced

## WARREN FUNDING, LLC

| | |
|---|---|
| Entity Name | WARREN FUNDING, LLC |
| Identification # | 803071773 |
| Jurisdiction | Michigan |
| Entity Type | Domestic Limited Liability Company |
| Entity Status | Active |
| AR Standing | Good |
| AR Due Date | 02/15/2026 |
| Initial Filing Date | 07/19/2023 |
| Resident Agent Name | MICHIKO NAKAYAMA |
| Registered Office Street Address | 15985 CANAL ROAD, CLINTON TOWNSHIP, MI 48038 |
| Management Type | Member |

View History & Filings

Results: 1

| Name | Filing Date | Status | AR Standing | Entity Type |
|---|---|---|---|---|
| WARREN FUNDING, LLC | 07/19/2023 | Active | Good | DLLC |

Skip to main content