Assessor

# Briana Johnson, Assessor

### PARCEL OWNERSHIP HISTORY

**ASSESSOR DESCRIPTION**

NOB HILL TOWNHOMES PLAT BOOK 90 PAGE 87 LOT 2 BLOCK 2

| CURRENT PARCEL NO. | CURRENT OWNER | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 124-29-410-002 | NAKAYAMA MICHIKO | | 20040309:02407 | 3/9/2004 | NS | 254 | .04 AC | BD-20041021:6743 |

| PARCEL NO. | PRIOR OWNER(S) | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 124-29-410-002 | FARRINGTON BRIAN M & BRANDY L | | 20001222:00229 | 12/22/2000 | JT | 254 | SUBDIVIDED LOT | |
| 124-29-410-002 | CENTEX HOMES | | 19990907:01201 | 09/07/1999 | NS | 254 | SUBDIVIDED LOT | |
| 124-29-410-002 | MEMENTOS II L L C | | 19970402:02009 | 04/02/1997 | NS | 254 | SUBDIVIDED LOT | |
| 124-29-402-003 | MEMENTOS II L L C | | 19970402:02009 | 04/02/1997 | NS | 254 | 8.02 AC | |
| 124-29-402-002 | MEMENTOS II L L C | | 19970402:02009 | 04/02/1997 | NS | 251 | 17.81 AC | +.16A COR 980323:1744 |
| 124-29-402-002 | SOMMERSET ASSOCIATES | | 19950208:00614 | 02/08/1995 | NS | 251 | 17.65 AC | |
| 124-29-402-002 | STARKER SERVICES INC | | 19950208:00613 | 02/08/1995 | NS | 252 | 17.65 AC | |
| 124-29-402-002 | SHEARING STEVEN P | | 19870501:00057 | 05/01/1987 | NS | 252 | 17.65 AC | LD-870429:1336 |
| 510-610-010 | PROGRESSIVE INVESTMENT CORP TRS | | 19860606:00772 | 06/06/1986 | NS | 125 | 35.59 AC | 2.90A TO RD 870429:1337 |
| 510-610-010 | NEVADA ESCROW SERVICE INC TRS | | 19870327:00779 | 03/27/1987 | NS | 125 | 38.49 AC | |
| 510-610-010 | TRUSTEE CLARK COUNTY TREASURER | | 19860515:01193 | 05/15/1986 | NS | 125 | 38.49 AC | |
| 510-610-010 | NEVADA ESCROW SERV INC TRS | | 1431:1390296 | 07/10/1981 | NS | 125 | 38.49 AC | |

| 510-610-010 | PROGRESSIVE INVEST CORP | 1409:1368058 | 05/29/1981 | NS | 120 | 38.49 AC | |
| 510-610-010 | SOUSOURES WILLIAM G & PENELOPE A | 0373:0301131 | 07/13/1962 | | 120 | 38.49 AC | 686:551223; 926:743936 |
| 510-610-010 | SOUSOURES WILLIAM G & PENELOPE A | | | | 120 | 38.49 AC | INITIAL |

Click the following link to view the parcel geneology

[Parcel Tree](#)

Note: Only documents from September 15, 1999 through present are available for viewing.

**NOTE:** THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.