# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MAKIKO NAKAGAWA,

    Plaintiff,

vs.

MICHIKO NAKAYAMA,
MOUSA AHMAD,
SONNY MANDOUH,
SUMMIT FINANCIAL LLC,
WARREN FUNDING LLC and
AZA MANAGEMENT LLC,

    Defendants.

Case No. 2:25-cv-12011-JJCG-DRG

Hon. Jonathan J.C. Grey

Hon. David R. Grand

---

## INDEX OF EXHIBITS TO
## DEFENDANT WARREN FUNDING, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(1)

---

EXHIBIT 1:    Declaration of Michiko Nakayama