# REPLY EXHIBIT 1

**DECLARATION OF MICHIKO NAKAYAMA**

1. My name is Michiko Nakayama.

2. I am over the age of 18 years old, and this declaration is made voluntarily and not under duress. If called upon to testify, I would competently testify as to the matters stated herein.

3. On or about 11 August 1997, I was issued a non-immigrant F-1 student visa for entry into the United States to attend the Harvard University School of Public Health in Cambridge, Massachusetts. I completed my Master of Public Health degree and thereafter engaged in authorized practical training related to my field of study for approximately one year. My lawful student status concluded upon completion of that training. A true and correct copy of my visa (with redactions) is attached as **Exhibit 1**.

4. As can be clearly seen on my visa, my nationality is Japanese.

5. I graduated from Harvard University with a Master of Public Health degree, which was conferred on 4 June, 1998. A true and correct copy of my diploma is attached as **Exhibit 2**.

6. During my time at Harvard University, I was issued a driver's license by the State of Massachusetts. I no longer have record of the driver's license because I disposed of it after it expired.

7. I was issued a social security number when I was hired for an authorized part-time job on campus, while attending said University. I maintain the social security number based on the advice of my accountant.

8.   I own, as a real estate investor, but do not reside in, real property in the United States.  I own a Nevada property, but it is being rented to a third party. **Exhibit 3** is my insurance policy on the property showing it as a rental.

9.   Throughout the entirety of my stay in the United States, I remained a citizen of Japan. For the avoidance of doubt, I have never been issued a United States Passport or been granted citizenship from the United States.

10.  I am a citizen of Japan and have been a citizen of Japan my entire life.  I reside, as I have for all times at issue in Plaintiff's Complaint, in Thailand.

11.  On July 1, 2024, my Electronic System for Travel Authorization (ESTA) application No. 0S12663679Q0T82S was approved for travel to the United States under the Visa Waiver Program, with an authorization expiration date of June 27, 2026. A true and correct copy of the ESTA confirmation (with redactions) is attached as **Exhibit 4.**

12.  The Plaintiff has been well aware since the beginning of our relationship that I am a Japanese citizen. She first contacted me as a reader of my Japanese blog, which has always been about Japanese citizens investing in American real estate from abroad (http://usa-rei.com/). We have spoken in Japanese exclusively throughout our relationship since at least sometime during 2012 when she first contacted me. In 2015, we exchanged emails discussing an article I wrote about my moving from Japan to China for better opportunities as a Japanese citizen, to which the Plaintiff wrote that she related to that perspective. I met her mother in her house in Osaka in 2015, where I was invited by Makiko. The attached photo shows our

family photo together from my Osaka visit to see her, February 7, 2015, on my digital camera from that time. **Exhibit 5.**

13. The Plaintiff, Makiko Nakagawa, and her son visited me in Bangkok, Thailand, on 4 February 2024. Attached exhibit contains two photographs that I took on my phone of them on that day at Wat Arun (Temple of Dawn) by the Chao Phraya River from that visit. In any event, the Plaintiff has long known that I do not reside in the United States, and this visit further confirmed that I reside in Bangkok, Thailand.  **Exhibit 6..**


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11 November, 2025, at Bangkok, Thailand.

_____

# EXHIBIT 1



# EXHIBIT 2



# HARVARD UNIVERSITY

### AT CAMBRIDGE IN THE COMMONWEALTH OF MASSACHUSETTS

THE President and Fellows of Harvard College, acting on the recommendation of the Faculty of Public Health and with the consent of the Honorable and Reverend the Board of Overseers, have conferred on

## MICHIKO NAKAYAMA

the degree of Master of Public Health.

In witness whereof, *by authority duly committed to us, we have hereunder placed our names and the University seal on this fourth day of June in the Year of Our Lord nineteen hundred and ninety-eight and of Harvard College the three hundred and sixty-second.*

PRESIDENT              ACTING DEAN OF THE FACULTY OF PUBLIC HEALTH



# EXHIBIT 3



# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
10/01/2025

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW.  THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**COMPANY**

**AGENCY**

**CUSTOMER ID #:**

**INSURED**

MICHIKO NAKAYAMA
15985 CANAL RD
CLINTON TOWNSHIP, MI 48038-5021

| EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|
| 10/01/2025 | 10/01/2026 | CONTINUED UNTIL TERMINATED IF CHECKED |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

2915 PELICAN BREEZE CT
NORTH LAS VEGAS, NV 89031-0570

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED | BASIC | BROAD | SPECIAL |

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| | | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**

| ADDITIONAL INSURED | LENDER'S LOSS PAYABLE | LOSS PAYEE |
|---|---|---|
| MORTGAGEE | | |

LOAN #

AUTHORIZED REPRESENTATIVE

**ACORD 27 (2016/03)**

© 1993-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** _____

**LOC #:** _____

**ACORD®**

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| ██████████████ | MICHIKO NAKAYAMA<br>15985 CANAL RD<br>CLINTON TOWNSHIP, MI 48038-5021 |

| POLICY NUMBER | |
|---|---|
| ████████████ | |

| CARRIER | NAIC CODE | |
|---|---|---|
| ████████████████████ | ████ | **EFFECTIVE DATE:** 10/01/2025 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: <u>ACORD 27</u> FORM TITLE: <u>EVIDENCE OF PROPERTY INSURANCE</u>

**Policy Type — Landlord Dwelling**

**Optional Coverages**

| Optional Coverages | Endorsement | Limit |
|---|---|---|
| ████████████████ | ████████████ | |
| ████████████████████████████ | ████████████ | ████████ |
| ██████ ████████████████████ | ████████████ | ████████ |
| ████ ████████████████████ | ████████████ | |
| ████████████████ | | |

**\*Note:** The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.

© 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

# EXHIBIT 4



**U.S. Customs and Border Protection**



*Electronic System for Travel Authorization*
*U.S. Department of Homeland Security*

# AUTHORIZATION APPROVED

Download 🔽  Print 🖨  Previous ⊗

Your travel authorization has been approved and you are authorized to travel to the United States under the Visa Waiver Program. This does not guarantee admission to the United States; a Customs and Border Protection (CBP) officer at a port of entry will have the final determination.

| APPLICATION NUMBER | EXPIRATION DATE |
|---|---|
| ███████ | 06/27/2026 |

## PAYMENT RECEIPT



# APPLICANT INFORMATION

**Family Name**
NAKAYAMA

**First (Given) Name**
MICHIKO

**Passport Number**
███████

**Issuing Country**
JAPAN (JPN)

**Issuance Date**
August 10, 2017

**Expiration Date**
August 10, 2027

**Country of Citizenship / Nationality**
JAPAN (JPN)

**National Identification Number**

**Personal Identification Number**

**Sex**
Female

**Date of Birth**
███████

**City of Birth**
TOKYO

**Country of Birth**
JAPAN (JPN)

## OTHER CITIZENSHIP/NATIONALITY

**Are you now, a citizen or national of any other country?**  No

**Have you ever been a citizen or national of any other country?** No

**E-mail Address**
████████████████████

**Confirm E-mail Address**
█████████████████████

# PERSONAL INFORMATION

**Are you known by any other names or aliases?** No

**Have you ever been issued a passport or national identity card for travel by any other country?** No

# YOUR CONTACT INFORMATION

**Address Line 1**
███████████████████

**Address Line 2**
█████████

**Apartment Number**
██████

**City**
████████

**State/Province/Region**
BANGKOK

**Country**
THAILAND (THA)

**Telephone Type**
Mobile

**Country Code**
THAILAND (THA) (+66)

**Phone Number**
████████

# SOCIAL MEDIA (OPTIONAL)

**Provider / Platform**
██████

**Social Media Identifier**
█████████████

**Provider / Platform**
██████

**Social Media Identifier**
█████████████

# GE/NEXUS/SENTRI MEMBERSHIP

████████████████████████████████████

**Family Name**

███████

**First (Given) Name**

████

**Family Name**

███████

**First (Given) Name**

█████

## EMPLOYMENT INFORMATION

**Do you have a current or previous employer?**  Yes

**Job Title**

**Employer Name**
SELF-EMPLOYED

**Address Line 1**

███████████████████

**Address Line 2**

████████

**City**

████████

**State/Province/Region**
BANGKOK

**Country**
THAILAND (THA)

**Country Code**
THAILAND (THA) (+66)

**Phone Number**

████████

## TRAVEL INFORMATION

**Is your travel to the US occurring in transit to another country?**  No

## U.S. Point of Contact Information

**Name**

██████████

████████     ████████     ████████████



**Address While in the U.S.**

**EMERGENCY CONTACT INFORMATION IN OR OUT OF THE U.S.**



## ELIGIBILITY QUESTIONS





ESTA is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

# EXHIBIT 5



# EXHIBIT 6



