**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAKIKO NAKAGAWA,

Plaintiff,

Case No. 2:25-cv-12011
Hon. Jonathan J.C. Grey

v.

MICHIKO NAKAYAMA,
MOUSA AHMAD,
SONNY MANDOUH,
SUMMIT FINANCIAL LLC,
WARREN FUNDING LLC,
And AZA MANAGEMENT LLC,

Defendants.
_____________________________________/

# JUDGMENT

The above-entitled matter having come before the Court and in accordance with the Order entered on this date, **IT IS ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Date: August 31, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 31, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager